# United States District Court
## District of Maryland

Chambers of
William D. Quarles, Jr.
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

November 13, 2012

Jeffrey E. Risberg, Esquire
Susan Hensler, Esquire
Assistant Federal Public Defenders
100 S. Charles Street, 9th Floor
Baltimore, MD 21201

Mr. Ricardo O. Curry, II
3202 Ridgeway Place
Windsor Mill, MD 21244

Gregory R. Bockin, Esquire
David I. Sharfstein, Esquire
Assistant United States Attorneys
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Re: *United States of America v. Ricardo O. Curry, II*, Criminal No. WDQ 12-0163
Trial Date: March 18, 2013

Dear Mr. Curry and Counsel:

A telephone conference is scheduled for Wednesday, December 12, 2012 at 9:00 a.m. to discuss the government's November 7, 2012 letter (Document No. 41). Mr. Risberg is asked to contact Mr. Curry to confirm his availability. Government counsel are asked to initiate the call.

Very truly yours,

William D. Quarles, Jr.
United States District Judge

cc: Felicia Cannon, Clerk